In the Matter of the Claim of THERESA GEISBERGER, Respondent, against HOUDE ENGINEERING CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued April 17, 1935; decided May 3, 1935.)

*Roy P. Ohlin* and *Horace C. Winch* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.